■ BEVERLY LENNON et al., Respondents, v. PAULINE BUTTIGLONE et al., Appellants.— In a negligence action to recover damages for injury to person and property, defendants appeal from an order of the Supreme Court, Westchester County, entered March 18, 1966, which granted plaintiffs' motion for a special preference in trial. Order reversed, without costs, and motion denied. In our opinion, plaintiffs have not made the requisite showing to sustain the granting of a special preference (*Weinstein* v. *Levy*, 18 A D 2d 398, 401). Christ, Acting P. J., Brennan, Hill, Hopkins and Benjamin, JJ., concur.

■ EDWARD NOONAN, Appellant, v. GENERAL CONTRACTORS EQUIPMENT RENTAL CORP. et al., Respondents.— In a negligence action to recover damages for personal injuries, plaintiff appeals (1) from a judgment of the Supreme Court, Nassau County, entered January 20, 1965, which dismissed the complaint against all of the defendants and (2) "from plaintiff's motion to set aside the verdict of the jury." The complaint was dismissed during trial as against defendants River Holding Co., Inc., and Merrywood Country Club, Inc., and the jury rendered a verdict in favor of the remaining defendants, General Contractors Equipment Rental Corp., Kings Park Construction Corp. and Jesse Searles. Judgment affirmed, without costs. No opinion. Appeal from "plaintiff's motion to set aside the verdict of the jury" dismissed, without costs. No order denying such a motion is printed in the joint appendix submitted; the denial of the motion has been reviewed on the appeal from the judgment. Christ, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.